UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-D-1776 (BNB)

UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

v.

HOME DEPOT U.S.A. INC., doing business as The Home Depot, a Delaware corporation,

    Defendant.

_____

**MINUTE ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Plaintiff EEOC's Unopposed Motion to Amend Consent Decree filed September 19, 2005 is **GRANTED**. Paragraphs 47.02, 47.03 and 47.04 of the Consent Decree are amended as described in Paragraph 5 of EEOC's Unopposed Motion. Further, the time for sending Claimant notices is extended to **Friday, September 30, 2005**.

Dated: September 20, 2005

                                                          s\ Sharon Shahidi
                                                          Law Clerk to
                                                          Wiley Y. Daniel
                                                          U.S. District Court